In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00045-CV

_____

IN THE GUARDIANSHIP AND ESTATE OF VIRGINIA BELL PORTER

_____

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 12-29591-P

_____

**MEMORANDUM OPINION**

The appellant, Holly Silk, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on May 23, 2018
Opinion Delivered May 24, 2018

Before Kreger, Horton, and Johnson, JJ.